EMMA GORDON, Respondent, *v.* CLAUDE McAFEE, Appellant.

Supreme Court, Appellate Term, First Department, December 21, 1945.

See headnote, 184 Misc. 469.

*Maurice Borowsky* for appellant.

*Milton Kepecs* for respondent.

Judgment modified by reducing plaintiff's recovery to $200 and, as modified, affirmed.

Concur: HAMMER, McLAUGHLIN and EDER, JJ.